| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-65713-EC |
|---|---|
| In re<br><br>Manuel Antonio Calderon<br>Teresa Gil Calderon<br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, **Manuel Antonio Calderon & Teresa Gil Calderon** *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **12/31/2010**.

2. I am the owner of real property[1] at the following street address:

    **3413 W. 108th**

    **Inglewood, CA 90303** (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Indymac Bank**.

    b. Second deed of trust in favor of **None** *(if applicable).*

    c. Third deed of trust in favor of **None** *(if applicable).*

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F 3015-1.4**
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments   F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>**Manuel Antonio Calderon**<br>**Teresa Gil Calderon**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:10-bk-65713-EC** |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **IndyMac Bank**<br>**PO BOX 78826**<br>**Phoenix, AZ 85062** | $1,666.00 | 1-15th January 2011 | 01/07/11 |
| | $1,666.00 | 1-15th February 2011 | 02/18/11 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009   F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments            F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | CHAPTER 13 |
|---|---|
| **Manuel Antonio Calderon**  **Teresa Gil Calderon** Debtor(s). | CASE NUMBER 2:10-bk-65713-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☒ money orders,    ☒ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  03/09/2010            Signature  _/s/ Manuel Calderon_
                                       **Manuel Antonio Calderon**
                                       Debtor

Date  03/09/2010            Signature  _/s/ Teresa Calderon_
                                       **Teresa Gil Calderon**
                                       Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                              F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

January 2011 Payment

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Indy Mac
P.O. Box 78826
Phoenix, AZ 85062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Randall Sims*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): RANDALL SIMS    C. Date of Delivery: JAN 07 20
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0001 6946 3207

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

PHOENIX AZ 85006  OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.95 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | 2.  $2.30 |
| Restricted Delivery Fee (Endorsement Required) | 2.  $0.00 |
| Total Postage & Fees | $ $10.05 |

Postmark Here  JAN 15 2011

Sent To: Indy Mac
Street, Apt. No.; or PO Box No.: P.O. Box 78826
City, State, ZIP+4: Phoenix, AZ 85062

PS Form 3800, August 2006    See Reverse for Instructions

Article number: 7007 0220 0001 6946 3207

February 20 Payment

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *Randall Sims*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) RANDALL SIMS  C. Date of Delivery FEB 18 2011 |
| 1. Article Addressed to:<br>INdY MAC MoRTgage Service<br>P.O. Box 78826<br>Phoenix, AZ 85062 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0220 0001 6946 3115 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7007 0220 0001 6946 3115

| Postage | $ | $4.95 | 0127 |
| Certified Fee | | $2.80 | B6 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $10.05 | 02/15/2011 |

Sent To: INdY MAC Mortgage Service
Street, Apt. No.; or PO Box No. P.O. Box 78826
City, State, ZIP+4 Phoenix, AZ 85062

PS Form 3800, August 2006   See Reverse for Instructions

*February 2011 payment*

```
              AIRPORT STATION
           LOS ANGELES, California
                 900099998
               0545300129 -0096
02/15/2011    (800)275-8777       07:19:07 PM

                Sales Receipt
                  Sale  Unit       Final
Product            Qty  Price      Price
Description

Dom. Money Order 18568633893     $1,000.00
Domestic Money Order Fee             $1.50
          Subtotal:              $1,001.50
Dom. Money Order 18568633904     $1,000.00
Domestic Money Order Fee             $1.50
          Subtotal:              $1,001.50
Dom. Money Order 18568633915       $126.01
Domestic Money Order Fee             $1.10
          Subtotal:                $127.11

Total:                           $2,130.11

Paid by:                         $2,130.15
Cash
Change Due:                         -$0.04

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
****************************************
****************************************


Bill#: 1000402745276
Clerk: 06

  All sales final on stamps and postage
   Refunds for guaranteed services only
        Thank you for your business
****************************************
****************************************
          HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

           YOUR OPINION COUNTS
****************************************
****************************************


                Customer Copy
```

February 2011 payment

**CUSTOMER'S RECEIPT**



SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Indy Mac Mortgage Service
Address: P.O. Box 78826
Phoenix, AZ 85062

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 18568633915
Year, Month, Day: 2011-02-15
Post Office: 900091
Amount: $126.01
Clerk: 0006

---

**CUSTOMER'S RECEIPT**



SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Indy Mac Mortgage Service
Address: P.O. Box 78826
Phoenix, AZ 85062

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 18568633904
Year, Month, Day: 2011-02-15
Post Office: 900091
Amount: $1000.00
Clerk: 0006

---

**CUSTOMER'S RECEIPT**



SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Indy Mac Mortgage Service
Address: P.O. Box 78826
Phoenix, AZ 85062

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 18568633893
Year, Month, Day: 2011-02-15
Post Office: 900091
Amount: $1000.00
Clerk: 0006