| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **L. Bishop Austin**<br>**L. BISHOP AUSTIN & ASSOCIATES**<br>**3250 WILSHIRE BLVD., STE 1500**<br>**LOS ANGELES, CA 90010**<br>**(213) 388-4939 Fax: (213) 388-2411**<br>California State Bar Number: **175497**<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER **2:10-bk-65713-EC** |
|---|---|
| In re<br><br>    **Manuel Antonio Calderon**<br>    **Teresa Gil Calderon**<br><br><div align=right>Debtor(s).</div> | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Manuel Antonio Calderon  & Teresa Gil Calderon** *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on   **12/31/2010**  .

2. I am the owner of real property[1] at the following street address:

    **4931 Steel Meadows**

    **Humble, TX 77346**                                                                 (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Nationstar Mortgage**  .

    b. Second deed of trust in favor of **None**  *(if applicable).*

    c. Third deed of trust in favor of **None**  *(if applicable).*

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re | CHAPTER **13** |
|---|---|
| **Manuel Antonio Calderon** | |
| **Teresa Gil Calderon** | CASE NUMBER **2:10-bk-65713-EC** |
| Debtor(s). | |

4.  The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I

have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Nationstar Mortgage** **PO BOX 650783** **Dallas, TX 75265** | $1,183.00 | **1-15th January 2011** | 01/04/11 |
| | $1,183.00 | **1-15th February 2011** | 02/04/11 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5.  The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the

appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan

number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments* **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re<br>**Manuel Antonio Calderon**<br>**Teresa Gil Calderon**<br><div align="right">Debtor(s).</div> | CHAPTER **13**<br><br>CASE NUMBER **2:10-bk-65713-EC** |
|---|---|

6. Attached to this declaration are copies of the:

☒ cashier's checks,     ☒ money orders,     ☐ certified funds, or

☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date **03/09/11**          Signature _____
Manuel Antonio Calderon
Debtor

Date **03/09/11**          Signature _____
Teresa Gil Calderon
Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 3015-1.4**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Jan. 2011

Payment

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nationstar Mortgage
PO BOX 650783
Dallas, TX 75265

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    Zna   T. Beyene    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7007 0220 0001 6946 3214

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

DALLAS TX 75265    OFFICIAL USE

| | |
|---|---|
| Postage | $ $4.95 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $10.05 |

Postmark Here
JAN 2011
USPS
01/04/2011

Sent To
Nationstar Mortgage
Street, Apt. No.;
or PO Box No. PO BOX 650783
City, State, ZIP+4
Dallas, TX 75265

PS Form 3800, August 2006    See Reverse for Instructions

7007 0220 0001 6946 3214

February 2011
Payment

SENDER: *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
FEB 0 8 2011

1. Article Addressed to:

Nationstar Mortgage
PO BOX 650783
Dallas, TX 75265

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7007 0220 0001 6946 3108

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $4.95 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.05 |

Sent To
Nationstar Mortgage
Street, Apt. No.;
or PO Box No. PO BOX 650783
City, State, ZIP+4 Dallas, TX 75265

PS Form 3800, August 2006 See Reverse for Instructions

7007 0220 0001 6946 3108

February 2011

Payment



## UNITED STATES POSTAL SERVICE® CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION NOT NEGOTIABLE | Pay to Nationstar Mortgage Address PO BOX 650783 Dallas, TX 75265 | KEEP THIS RECEIPT FOR YOUR RECORDS |
| --- | --- | --- |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
| --- | --- | --- | --- | --- |
| 8568655256 | 2011-02-04 | 900091 | $1000.00 | 0018 |



## UNITED STATES POSTAL SERVICE® CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION NOT NEGOTIABLE | Pay to Nationstar Mortgage Address PO BOX 650783 Dallas, TX 75265 | KEEP THIS RECEIPT FOR YOUR RECORDS |
| --- | --- | --- |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
| --- | --- | --- | --- | --- |
| 18568655267 | 2011-02-04 | 900091 | $134.00 | 0018 |



Jan 2011
payment



```
              AIRPORT STATION
           LOS ANGELES, California
                 900099998
               0545300129 -0096
01/04/2011    (800)275-8777    08:19:47 PM

──────────── Sales Receipt ────────────
Product         Sale  Unit        Final
Description      Qty  Price        Price

Dom. Money Order 18452847183    $1,000.00
Domestic Money Order Fee            $1.50
             Subtotal:          $1,001.50
Dom. Money Order 18452847194      $184.00
Domestic Money Order Fee            $1.10
             Subtotal:            $185.10
DALLAS TX 75265 Zone-6              $4.95
Priority Mail Small
Flat Rate Env
 0.50 oz.
 Expected Delivery: Fri 01/07/11
Return Rcpt (Green Card)            $2.30
Certified                          $2.80
Label #:        70070220000169463214
                               ──────────
Issue PVI:                         $10.05


                               ──────────
Total:                         $1,195.65

Paid by:
Debit Card                     $1,195.65
  Account #:       XXXXXXXXXXXXX5621
  Approval #:      011823
  Transaction #:   504
 23 903200095
  Receipt#:        003053

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************


Bill#: 1000402708399
Clerk: 19

     All sales final on stamps and postage
     Refunds for guaranteed services only
        Thank you for your business
*****************************************
*****************************************
         HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*****************************************
*****************************************



            Customer Copy
```

February 2011
payment

```
              AIRPORT STATION
           JS ANGELES, California
               900099998
             0545300129 -0088
02/04/2011    (800)275-8777        08:51:04 PM

──────────── Sales Receipt ────────────
Product          Sale  Unit        Final
Description       Qty  Price        Price

Dom. Money Order 18568655256      $1,000.00
Domestic Money Order Fee              $1.50
              Subtotal:            $1,001.50
Dom. Money Order 18568655267        $184.00
Domestic Money Order Fee              $1.10
              Subtotal:             $185.10
DALLAS TX 75265 Zone-6                $4.95
Priority Mail Small
Flat Rate Env
 0.50 oz.
 Expected Delivery: Mon 02/07/11
 Return Rcpt (Green Card)             $2.30
 Certified                            $2.80
 Label #:        70070220000169463108
                                  ========
 Issue PVI:                          $10.05


Total:                            $1,196.65

Paid by:
Cash                              $1,200.00
Change Due:                          -$3.35

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
**********************************************
**********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
**********************************************
**********************************************


Bill#: 1001203424681
Clerk: 18

     All sales final on stamps and postage
     Refunds for guaranteed services only
         Thank you for your business
**********************************************
**********************************************
        HELP US SERVE YOU BETTER

    Go to: https://postalexperience.com/Pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

          YOUR OPINION COUNTS
**********************************************
**********************************************



              Customer Copy
```