L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Manuel Antonio Calderon<br>Teresa Gil Calderon<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-65713-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Manuel Antonio Calderon and Teresa Gil Calderon, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

As of today, I am current with the Chapter 13 Plan payment including the months of January, 2011, February 2011 and March 2011.

January payment was tendered to the Chapter 13 Trustee at the 341(a) meeting of creditors. February payment was sent to the PO BOX on 02/03/2011 $ 1,148.00.  March payment was sent to the same PO BOX on 03/04/2011 $1,153.00. The address is: **KATHY A DOCKERY, CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 9, 2011

_____
Debtor

_____
Joint Debtor

1





March 2011
Trustee Payment

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1205509723

03/04/2011

California

Remitter MANUEL A CALDERON

$ **********1,153.00 ***

Pay To The Order Of   CHAPTER 13 TRUSTEE
CASE# LA10-65713-EC

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

282111107 NEW 01/08 9810004306

**CHASE** CASHIER'S CHECK 1205509723 91-2/1221

Date 03/04/2011

Remitter MANUEL A CALDERON

Pay: ONE THOUSAND ONE HUNDRED FIFTY THREE DOLLARS AND 00 CENTS

$ **********1,153.00 ***

Pay To The Order Of   CHAPTER 13 TRUSTEE
CASE# LA10-65713-EC

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

**CHASE**

February 2011
Trustee Payment

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
1205509267
02/03/2011

California

Remitter MANUEL A CALDERON

Pay To The Order Of    CHAPTER 13 TRUSTEE
CASE# LA10- 65713-EC

$ **********1,148.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

282111107 NEW 01/08 6910004306

**CHASE**   CASHIER'S CHECK   1205509267  91-2/1221

Date 02/03/2011

Remitter MANUEL A CALDERON

Pay: ONE THOUSAND ONE HUNDRED FORTY EIGHT DOLLARS AND 00 CENTS

$ **********1,148.00 ***

Pay To The Order Of   CHAPTER 13 TRUSTEE
CASE# LA10- 65713-EC

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

